■ IDA M. ALLWEISS et al., Respondents, v JACOB KATZ, Appellant, et al.,

Respondent.—Appeal from an order of the Supreme Court, Westchester County, dated February 3, 1975, which granted petitioners' motion to compel appellant to appear, pursuant to CPLR 3102 (subd [c]) for the taking of his deposition. Order affirmed, with $20 costs and disbursements to petitioners-respondents. In this case the arbitrators directed appellant to submit to a prehearing deposition. The exercise of the arbitrators' discretion should not be disturbed. Hopkins, Acting P. J., Martuscello, Christ, Munder and Shapiro, JJ., concur.